IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANTHONY L COOPER,

    Plaintiff,

v.                                           CASE NO. 4:04-cv-00510-MP-AK

JOHN HARKNESS, JR,
LARRY H SPALDING,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 12, Report and Recommendations of the Magistrate Judge, recommending that this case be dismissed as Frivolous pursuant to 28 U.S.C. § 1915(g). Objections to Report and Recommendation were due by 8/17/2005, but none were filed. The Court agrees that because Mr. Cooper does not allege that either defendant violated a constitutional right, Mr. Cooper's § 1983 action is without merit. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.    The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2.    This action is DISMISSED, and the clerk is directed to close the file.

**DONE AND ORDERED** this *22nd* day of September, 2005

                          *s/Maurice M. Paul*
                      Maurice M. Paul, Senior District Judge